IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM DAYBERRY**  **PLAINTIFF**
**ADC #653942**

v.     No. 4:23-cv-01035-LPR-JTK

**BRANDON LONG, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Jerome T. Kearney (Doc. 27). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant Crystal Stripling are DISMISSED without prejudice for lack of service. The Clerk is directed to terminate Crystal Stripling as a party to this action.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE